**Electronically Filed
Supreme Court
SCEC-20-0000721
22-DEC-2020
08:30 AM
Dkt. 67 ODMR**

SCEC-20-0000721

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

EMIL SVRCINA; KARL DICKS; and BANNER FANENE, Plaintiffs,

vs.

SCOTT T. NAGO, in his capacity as Chief Election Officer
for the State of Hawai'i; STATE OF HAWAI'I OFFICE OF ELECTIONS;
and GLEN TAKAHASHI, in his capacity as City Clerk
of the City and County of Honolulu, Defendants.

---

ORIGINAL PROCEEDING

<u>ORDER DENYING MOTIONS FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge To'oto'o, assigned by reason of vacancy)

Upon consideration of plaintiffs Emil Svrcina, Karl Dicks, and Banner Fanene's four motions for reconsideration, filed on December 17, 2020 and December 18, 2020, respectively, the documents submitted in support thereof, and the record,

IT IS HEREBY ORDERED that the motions for reconsideration are denied.

DATED: Honolulu, Hawai'i, December 22, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Fa'auuga To'oto'o

